# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-99-00623-CR

## Ex parte Blas Telles

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 0990863, HONORABLE BOB PERKINS, JUDGE PRESIDING

**PER CURIAM**

Appellant Blas Telles filed a pretrial application for writ of habeas corpus seeking a reduction in bail. Relief was denied after a hearing and this appeal followed. The Court has now received a copy of the district court's order dismissing the cause.

The appeal is dismissed as moot.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed as Moot

Filed: September 21, 2000

Do Not Publish